UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN BELLEFLEUR,

    Plaintiff,                                                   Case No. 11-13155

v.                                                           Hon. Gerald E. Rosen

THE HAYMAN COMPANY, THE HAYMAN
COMPANY DISABILITY PLAN(S), and the
ADMINISTRATOR AND FIDUCIARIES OF THE
HAYMAN COMPANY DISABILITY PLAN(S),

    Defendants.
_____/

## **JUDGMENT**

        At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on _____

        PRESENT:   Honorable Gerald E. Rosen
                          Chief Judge, United States District Court

      The Court having this date issued an opinion and order denying without prejudice Plaintiff's motion for summary judgment and determining that this matter should be remanded for further administrative proceedings,

      NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this case is DISMISSED WITHOUT PREJUDICE.

      IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this case is REMANDED to the administrator for the Defendant disability plan for a determination of Plaintiff's entitlement to benefits under this plan and an award of any such benefits to

which Plaintiff is found to be entitled.  Plaintiff may move to re-open this case after he has fully exhausted the administrative remedies available to him under the defendant disability plan.

                    s/Gerald E. Rosen
                    Chief Judge, United States District Court

Dated:  January 14, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 14, 2013, by electronic and/or ordinary mail.

                    s/Julie Owens
                    Case Manager